UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC ENDODONTICS, P.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendant. | No.<br><br>COMPLAINT - CLASS ACTION<br><br>JURY DEMAND |

## I.   INTRODUCTION

Plaintiff, PACIFIC ENDODONTICS, P.S. ("Pacific"), individually and on behalf of all other similarly situated members of the defined national class (the "Class Members"), by and through the undersigned attorneys, brings this class action against Defendant The Ohio Casualty Insurance Company ("OCIC" or "Defendant") and alleges as follows based on personal knowledge and information and belief:

## II.   JURISDICTION AND VENUE

1.   This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because at least one Class member is of diverse citizenship

CLASS ACTION COMPLAINT- 1

from Defendant, there are 100 or more Class members nationwide, and the aggregate amount in controversy exceeds $5,000,000. The Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) because the Court has personal jurisdiction over Defendant, a substantial portion the alleged wrongdoing occurred in this District and the state of Washington, and Defendant has sufficient contacts with this District and the state of Washington.

3. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District. Plaintiff's businesses are located in Seattle, King County. This action is therefore appropriately filed in the Seattle Division because a substantial portion of the events giving rise to this lawsuit arose in King County.

### III.  PARTIES

4. Plaintiff, Pacific Endodontics, P.S. is a dentistry endodontics business with locations at 1229 Madison Street, Ste 1140, Seattle, Washington and 2743 California Avenue SW, Ste 300, Seattle, Washington.

5. Defendant OCIC is an insurance carrier incorporated and domiciled in the State of New Hampshire, with its principal place of business in the Commonwealth of Massachusetts, and is a subsidiary of Liberty Mutual Insurance ("Liberty Mutual").

### IV.  NATURE OF THE CASE

6. Due to COVID-19 and a state-ordered mandated closure, Plaintiff cannot provide dental endodontist services. Plaintiff intended to rely on its business insurance to keep its business as a going concern. This lawsuit is filed to ensure that Plaintiff and other similarly-

CLASS ACTION COMPLAINT- 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

situated policyholders receive the insurance benefits to which they are entitled and for which they paid.

7. Defendant OCIC issued one or more insurance policies to Plaintiff, including Business Owners Coverage and related endorsements, insuring Plaintiff's property and business practice and other coverages, with effective dates of June 21, 2019 to June 21, 2020.

8. Plaintiff's business property includes property owned and/or leased by Plaintiff and used for general business purposes for the specific purpose of dental endodontistry and other business activities.

9. Defendant OCIC's insurance policy issued to Plaintiff promises to pay Plaintiff for "DIRECT PHYSICAL LOSS" to covered property and includes coverage for risks of both "loss of or damage to" covered property.

10. Defendant OCIC's insurance policy issued to Plaintiff includes Business Income Coverage, Extended Business Income Coverage, Extra Expense Coverage and Civil Authority Coverage.

11. Plaintiff paid all premiums for the coverage when due.

12. On or about January 2020, the United States of America saw its first cases of persons infected by COVID-19, which has been designated a worldwide pandemic.

13. In light of this pandemic, Washington Governor Jay Inslee issued certain proclamations and orders affecting many persons and businesses in Washington, whether infected with COVID-19 or not, requiring certain public health precautions. Among other things, Governor Inslee's "Stay Home, Stay Healthy" order required the closure of all non-essential businesses, including Plaintiff's business.

CLASS ACTION COMPLAINT- 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

14. By order of Governor Inslee, practitioners including Plaintiff were prohibited from practicing dental endodontistry but for urgent and emergency procedures.

15. Plaintiff's property sustained direct physical loss and/or damage related to COVID-19 and/or the proclamations and orders.

16. Plaintiff's property will continue to sustain direct physical loss or damage covered by the OCIC policy or policies, including but not limited to business interruption, extra expense, interruption by civil authority, and other expenses.

17. Plaintiff's property cannot be used for its intended purposes.

18. As a result of the above, Plaintiff has experienced and will experience loss covered by the OCIC policy or policies.

19. Plaintiff submitted a claim to OCIC for the direct physical loss or damage to Plaintiff's property covered under the OCIC policy related to COVID-19 and/or the proclamations and orders; OCIC denied Plaintiff's claim for coverage.

20. On information and belief, OCIC has denied or will deny all similar claims for coverage.

### V.   CLASS ACTION ALLEGATIONS

21. This matter is brought by Plaintiff on behalf of itself and those similarly situated, under Federal Rules of Civil Procedure 23(b)(1), 23(b)(2), and 23(b)(3).

22. The Classes and Subclasses that Plaintiff seek to represent are defined at this time as:

   A. ***Business Income Breach of Contract Class:*** All persons and entities in the United States insured under an OCIC policy with Business Income coverage who suffered a suspension of their practice at the covered premises related to COVID-19

CLASS ACTION COMPLAINT- 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Business Income claim was denied by OCIC.

B. ***Business Income Coverage Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington insured under an OCIC policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Business Income claim was denied by OCIC.

C. ***Business Income Declaratory Relief Class:*** All persons and entities in the United States insured under an OCIC policy with Business Income coverage who suffered a suspension of their practice related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities at the covered premises.

D. ***Business Income Coverage Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under an OCIC policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

E. ***Extended Business Income Breach of Contract Class:*** All persons and entities in the United States insured under an OCIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extended Business Income claim was denied by OCIC.

CLASS ACTION COMPLAINT- 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

F. ***Extended Business Income Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington insured under an OCIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extended Business Income claim was denied by OCIC.

G. ***Extended Business Income Declaratory Relief Class:*** All persons and entities in the United States insured under an OCIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

H. ***Extended Business Income Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under an OCIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

I. ***Extra Expense Breach of Contract Class***:  All persons and entities in the United States insured under an OCIC policy with Extra Expense coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extra Expense claim was denied by OCIC.

J. ***Extra Expense Breach of Contract Washington Subclass***:  All persons and entities in the State of Washington insured under an OCIC policy with Extra

CLASS ACTION COMPLAINT- 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Expense coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extra Expense claim was denied by OCIC.

K. **_Extra Expense Declaratory Relief Class:_** All persons and entities in the United States insured under an OCIC policy with Extra Expense coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

L. **_Extra Expense Declaratory Relief Washington Subclass:_** All persons and entities in the State of Washington insured under an OCIC policy with Extra Expense coverage who sought to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

M. **_Civil Authority Breach of Contract Class:_** All persons and entities in the United States insured under an OCIC policy with Civil Authority coverage who suffered a suspension of their practice and/or extra expense at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Civil Authority claim was denied by OCIC.

N. **_Civil Authority Breach of Contract Washington Subclass:_** All persons and entities in the State of Washington insured under an OCIC policy with Civil Authority coverage who suffered a suspension of their practice and/or extra expense at the covered premises related to COVID-19 and/or orders issued by Governor Inslee,

CLASS ACTION COMPLAINT- 7

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

other Governors, and/or other civil authorities and whose Civil Authority claim was denied by OCIC.

O.  ***Civil Authority Declaratory Relief Class:*** All persons and entities in the United States insured under an OCIC policy with Civil Authority coverage who suffered a suspension of their practice at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

P.  ***Civil Authority Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under an OCIC policy with Civil Authority coverage who suffered a suspension of their practice at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

23. Excluded from the Classes and Subclasses are Defendant's officers, directors, and employees; the judicial officers and associated court staff assigned to this case; and the immediate family members of such officers and staff. Plaintiff reserves the right to amend the Class definition based on information obtained in discovery.

24. This action may properly be maintained on behalf of each proposed Class under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

25. **Numerosity**: The members of the Class are so numerous that joinder of all members would be impractical. Plaintiff is informed and believes that the proposed Class contains thousands of members. The precise number of class members can be ascertained through discovery, which will include Defendant's records of policyholders.

CLASS ACTION COMPLAINT- 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

26. **Commonality and Predominance**: Common questions of law and fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

    A.    Whether the class members suffered covered losses based on common policies issued to members of the Class;

    B.    Whether OCIC acted in a manner common to the class and wrongfully denied claims for coverage relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

    C.    Whether Business Income coverage in OCIC's policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

    D.    Whether Extended Business Income coverage in OCIC's policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

    E.    Whether Extra Expense coverage in OCIC's policies of insurance applies to efforts to minimize a loss at the covered premises relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

    F.    Whether Civil Authority coverage in OCIC's policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or civil authorities;

    G.    Whether OCIC has breached its contracts of insurance through a blanket denial of all claims based on business interruption, income loss or closures related to

CLASS ACTION COMPLAINT- 9

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

H. Whether, because of Defendant's conduct, Plaintiff and the class members have suffered damages; and if so, the appropriate amount thereof; and

I. Whether, because of Defendant's conduct, Plaintiff and the class members are entitled to equitable and declaratory relief, and if so, the nature of such relief.

27. **Typicality**: Plaintiff's claims are typical of the claims of the members of the classes. Plaintiff and all the members of the classes have been injured by the same wrongful practices of Defendant. Plaintiff's claims arise from the same practices and course of conduct that give rise to the claims of the members of the Class and are based on the same legal theories.

28. **Adequacy**: Plaintiff will fully and adequately assert and protect the interests of the classes and has retained class counsel who are experienced and qualified in prosecuting class actions. Neither Plaintiff nor its attorneys have any interests contrary to or in conflict with the Class.

29. **Federal Rule of Civil Procedure 23(b)(1), the Risk of Inconsistent or Varying Adjudications and Impairment to Other Class Members' Interests**: Plaintiff seeks adjudication as to the interpretation, and resultant scope, of Defendant's policies, which are common to all members of the class. The prosecution of separate actions by individual members of the classes would risk inconsistent or varying interpretations of those policy terms and create inconsistent standards of conduct for Defendant. The policy interpretations sought by Plaintiff could also impair the ability of absent class members to protect their interests.

CLASS ACTION COMPLAINT- 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

30. **Federal Rule of Civil Procedure 23(b)(2), Declaratory and Injunctive Relief**: Defendant acted or refused to act on grounds generally applicable to Plaintiff and other members of the proposed classes making injunctive relief and declaratory relief appropriate on a classwide basis.

31. **Federal Rule of Civil Procedure 23(b)(3), Superiority**: A class action is superior to all other available methods of the fair and efficient adjudication of this lawsuit. While the aggregate damages sustained by the classes are likely to be in the millions of dollars, the individual damages incurred by each class member may be too small to warrant the expense of individual suits. Individual litigation creates a risk of inconsistent and/or contradictory decisions and the court system would be unduly burdened by individual litigation of such cases. A class action would result in a unified adjudication, with the benefits of economies of scale and supervision by a single court.

## VI.   CAUSES OF ACTION

### Count One—Declaratory Judgment

*(Brought on behalf of the Business Income Coverage Declaratory Relief Class, Business Income Coverage Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, Civil Authority Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, and Extra Expense Declaratory Relief Washington Subclass)*

32. Previous paragraphs alleged are incorporated herein.

33. This is a cause of action for declaratory judgment pursuant to the Declaratory Judgment Act, codified at 28 U.S.C. § 2201.

34. Plaintiff Pacific Endodontics, P.S., brings this cause of action on behalf of the Business Income Coverage Declaratory Relief Class, Business Income Coverage Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended

CLASS ACTION COMPLAINT- 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Business Income Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, Civil Authority Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, and Extra Expense Declaratory Relief Washington Subclass.

35. Plaintiff Pacific Endodontics, P.S., seeks a declaratory judgment declaring that Plaintiff Pacific Endodontics' and class members' losses and expenses resulting from the interruption of their business are covered by the Policy.

36. Plaintiff Pacific Endodontics, P.S., seeks a declaratory judgment declaring that Liberty Mutual is responsible for timely and fully paying all such claims.

### Count Two—Breach of Contract

*(Brought on behalf of the Business Income Coverage Breach of Contract Class, Business Income Coverage Breach of Contract Washington Subclass, Extended Business Income Breach of Contract Class, Extended Business Income Breach of Contract Washington Subclass, Civil Authority Breach of Contract Class, Civil Authority Breach of Contract Washington Subclass, Extra Expense Breach of Contract Class, and Extra Expense Breach of Contract Washington Subclass)*

37. Previous paragraphs alleged are incorporated herein.

38. Plaintiff Pacific Endodontics, P.S., brings this cause of action on behalf of the Business Income Coverage Breach of Contract Class, Business Income Coverage Breach of Contract Washington Subclass, Extended Business Income Breach of Contract Class, Extended Business Income Breach of Contract Washington Subclass, Civil Authority Breach of Contract Class, Civil Authority Breach of Contract Washington Subclass, Extra Expense Breach of Contract Class, and Extra Expense Breach of Contract Washington Subclass.

39. The Policy is a contract under which Plaintiff Pacific Endodontics, P.S., and the class paid premiums to OCIC in exchange for OCIC's promise to pay Plaintiff Pacific Endodontics, P.S., and the class for all claims covered by the Policy.

40. Plaintiff Pacific Endodontics, P.S., has paid its insurance premiums.

CLASS ACTION COMPLAINT- 12

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

41. Plaintiff submitted a claim to OCIC for the direct physical loss or damage to Plaintiff's property covered under the OCIC policy related to COVID-19 and/or the proclamations and orders; OCIC denied Plaintiff's claim for coverage. On information and belief, OCIC has denied coverage for other similarly situated policyholders.

42. Denying coverage for the claim is a breach of the insurance contract.

43. Plaintiff Pacific Endodontics, P.S., is harmed by the breach of the insurance contract by OCIC.

## VII.   PRAYER FOR RELIEF

1. A declaratory judgment that the policy or policies cover Plaintiff's losses and expenses resulting from the interruption of the Plaintiff's business related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other authorities.

2. A declaratory judgment that the defendant is responsible for timely and fully paying all such losses.

3. Damages.

4. Pre- and post-judgment interest at the highest allowable rate.

5. Reasonable attorney fees and costs.

6. Such further and other relief as the Court shall deem appropriate.

## VIII.   JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all claims so triable.

DATED this 23rd day of April, 2020.

CLASS ACTION COMPLAINT- 13

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

KELLER ROHRBACK L.L.P.

By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: s/*Amy Williams-Derry*
By: *s/Maureen Falecki*
   Ian S. Birk, WSBA #31431
   Lynn L. Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Irene M. Hecht, WSBA #11063
   Amy Williams-Derry, WSBA#28711
   Maureen Falecki, WSBA#18569
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: ibirk@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: mfalecki@kellerrohrback.com
   Email: awilliams-derry@kellerrohrback.com


By: *s/ Alison Chase*
   Alison Chase, *pro hac vice forthcoming*
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101
   Telephone: (805) 456-1496
   Fax: (805) 456-1497
   Email: achase@kellerrohrback.com

***Attorneys for Plaintiff***

4823-3905-4778, v. 1

CLASS ACTION COMPLAINT- 14

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384