**The Honorable Ricardo S. Martinez**

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC ENDODONTICS, P.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00620-RSM<br><br>**ORDER IN SUPPORT OF STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML**<br><br>**[Filed concurrently with Stipulated Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML.]** |

## ORDER

The Court having examined and considered Plaintiff Pacific Endodontics, P.S. ("Plaintiff") and Defendant The Ohio Casualty Insurance Company's ("Defendant") (collectively the "Stipulating Parties") Stipulated Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML, finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for

Case No.: 2:20-cv-00620-RSM
(PROPOSED) ORDER                                     - 1 -

LEGAL02/39788857v2

inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the JPML denies consolidation, the stay will automatically terminate seven (7) days after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated this 26th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 22nd day of May, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Lynn L. Sarko*
By: *s/ Amy Williams-Derry*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
  Lynn L. Sarko, WSBA #16569
  Amy Williams-Derry, WSBA #28711
  Ian S. Birk, WSBA #31431
  Gretchen Freeman Cappio, WSBA #29576
  Irene M. Hecht, WSBA #11063
  Maureen Falecki, WSBA #18569
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Telephone: (206) 623-1900
  Fax: (206) 623-3384

Case No.: 2:20-CV-00620-RSM
ORDER                              - 2 -

LEGAL02/39788857v2

|   |   |
|---|---|
| 1 | Email: ibirk@kellerrohrback.com |
| 2 | Email: lsarko@kellerrohrback.com |
|   | Email: gcappio@kellerrohrback.com |
| 3 | Email: ihecht@kellerrohrback.com |
|   | Email: awilliams-derry@kellerrohrback.com |
| 4 | Email: mfalecki@kellerrohrback.com |

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

**BAKER & HOSTETLER LLP**

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel:       (206) 332-1380
Fax:      (206) 624-7317
Email:    jmorrison@bakerlaw.com

*Attorneys for Defendant The Ohio Casualty Insurance Company*

Case No.: 2:20-CV-00620-RSM
ORDER                          - 3 -

LEGAL02/39788857v2

# CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing **(PROPOSED) ORDER IN SUPPORT OF STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

| | |
|---|---|
| Lynn L. Sarko<br>Amy Williams-Derry<br>Ian S. Birk<br>Gretchen Freeman Cappio<br>Irene M. Hecht<br>Maureen Falecki<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384 | Attorneys for Plaintiff<br>PACIFIC ENDODONTICS, P.S., individually and on behalf of all others similarly situated |

DATED this 22nd day of May, 2020, at Seattle, Washington.

*s/ Jennifer Hickman*
Jennifer Hickman

Case No.: 2:20-CV-00620-RSM
(PROPOSED) ORDER     - 4 -

LEGAL02/39788857v2