THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>   Defendant. | NO. 2:20-cv-00616-BJR |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>VALLEY FORGE INSURANCE COMPANY, *et al.*,<br><br>   Defendants. | NO. 2:20-cv-00809-BJR |
| CABALLERO,<br><br>   Plaintiff,<br><br> v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>   Defendant. | NO. 2: 20-cv-05437-BJR |

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHORAK, *et al.*, | NO. 2:20-CV-00627-BJR |
| Plaintiffs, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| PACIFIC ENDODONTICS, P.C., *et al*, | NO. 2:20-CV-00620-BJR |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| NGUYEN, *et al*, | NO. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 2

1

2

| LA COCINA DE OAXACA LLC, | NO. 2:20-CV-01176-BJR |

3

Plaintiff,

4

v.

5

TRI-STATE INSURANCE COMPANY OF MINNESOTA,

6

Defendant.

7

8

| MARK GERMACK DDS, | NO. 2:20-CV-0661-BJR |

9

Plaintiff,

10

v.

11

THE DENTISTS INSURANCE COMPANY,

12

Defendant.

13

14

15

## **STIPULATION**

16

**Whereas**,

17

1.      From April through November of 2020, the plaintiffs in the above-captioned cases

18

filed original complaints for business interruption insurance coverage in this district. Certain of

19

these actions were stayed for periods of time pending review of the actions by the Judicial Panel

20

on Multidistrict Litigation (JPML) for potential consolidation and transfer.

21

2.      After the JPML denied consolidation, the Court by order dated November 10,

22

23

2020, consolidated cases in this district by insurer family, and stayed discovery in each of the

24

consolidated cases until such time as the Court rules on dispositive motions.

25

26

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 3

3.      On November 24, 2020, the Court granted the parties' Stipulated Motions for Amended Complaints and Briefing of Dispositive Motions and ordered amended complaints in the consolidated actions be filed no later than November 25, and that the briefing of dispositive motions in each of the consolidated cases be completed by March 5, 2021.

4.      Under Local Rule 23(i)(3), there is a deadline to file a motion for class certification within 180 days of filing a complaint.

**Now, therefore**, in light of the Court's orders, including the current discovery stay until the Court rules on dispositive motions, counsel for the parties agree that good cause exists to continue the date upon which the Plaintiffs shall file their motions for class certification pursuant to Local Civil Rule 23(i)(3).

The parties stipulate and request that a comprehensive case schedule, including deadlines for fact and expert discovery and (for class action cases) the filing of a motion for class certification, be set by the Court, if necessary, after the Court rules on the dispositive motions.

## ORDER

Having reviewed the parties' stipulation, and finding that good cause exists for the requested relief from LCR 23(i)(3), the Court will, if necessary, issue a case schedule setting deadlines for fact and expert discovery and for Plaintiffs (in the class action cases) to file their motions for class certification in the above-referenced actions after the Court rules on the dispositive motions, which are scheduled to be fully briefed and filed no later than March 5, 2021, pursuant to the Court's November 24, 2020 Scheduling Order entered in the actions. DATED this 7th day of January, 2021.

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

_Barbara J Rothstein_

Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

**KELLER ROHRBACK L.L.P.**

By: _s/ Amy Williams-Derry_
By: _s/ Lynn L. Sarko_
By: _s/ Gretchen Freeman Cappio_
By: _s/ Ian S. Birk_
By: _s/ Irene M. Hecht_
By: _s/ Karin B. Swope_
By: _s/ Nathan L. Nanfelt_
    Amy Williams-Derry, WSBA #28711
    Lynn Lincoln Sarko, WSBA #16569
    Gretchen Freeman Cappio, WSBA #29576
    Ian S. Birk, WSBA #31431
    Irene M. Hecht, WSBA #11063
    Karin B. Swope, WSBA #24015
    Nathan Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: awilliams-derry@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ibirk@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: kswope@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

By: _s/ Alison Chase_
    Alison Chase, _pro hac vice forthcoming_
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Email: achase@kellerrohrback.com

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

*Attorneys for Plaintiffs Nguyen et al., Pacific*
*Endodontics, et al., Chorak et al., Marler et al.,*

2

*McCulloch, et al., Caballero, Germack, La*
*Cocina de Oaxaca LLC, Owens Davies, P.S., and*

3

*The Seattle Symphony Orchestra*

4

**RUIZ & SMART**
**PLAINTIFF LITIGATION PLLC**

5

6

By: *s/ William C. Smart*
By: *s/ Isaac Ruiz*

7

By: *s/ Kathrn Knudsen*
     William C. Smart, WSBA #8192

8

     Isaac Ruiz, WSBA #35237
     Kathryn M. Knudsen, WSBA #41075

9

     Email: wsmart@plaintifflit.com
     Email: iruiz@plaintifflit.com

10

     Email: kknudsen@plaintifflit.com

11

*Attorneys for Plaintiffs Jennifer Strelow,*
*DMD and Shokofeh Tabaraie DDS PLLC*

12

**HACKETT, BEECHER & HART**

13

By: s/ *Brent W. Beecher*

14

     Brent W. Beecher, WSBA #31095
     601 Union Street, Suite 2600

15

     Seattle, WA 98101
     Telephone: (206) 787-1830

16

     Email: bbeecher@hackettbeecher.com

17

*Attorneys for Seattle Bakery, LLC, CSQBKR2018,*

18

*LLC, Piroshky Piroshky Baker, LLC,*
*Piroshky Baking Company, LLC,*

19

*SCRBKR2017, LLC*

20

**THE LOYD LAW FIRM, P.L.L.C.**

21

By: s/ *Shannon Loyd*
     Shannon Loyd

22

     12703 Spectrum Drive, Suite 201
     San Antonio, Texas 78249

23

     Telephone:(210) 775-1424
     Facsimile:(210) 775-1410

24

     Email: shannon@theloydlawfirm.com

25

*Attorneys for Plaintiff J Bells LLC*

26

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 6

**GORDON TILDEN THOMAS & CORDEL LLP**

By: s/ *Mark A. Wilner*
    Mark A. Wilner, WSBA #31550
    One Union Square
    600 University Street, Suite 2915
    Seattle, WA 98101
    Telephone: (206) 467-6477
    Fax: (206) 467-6292
    Email:mailto:fcordell@gordontilden.com mwilner@gordontilden.com

*Attorneys for Plaintiffs Suneet Bath, Noskenda Inc.*

**GORDON TILDEN THOMAS & CORDEL LLP**

By: s/ *Franklin D. Cordell*
By: s/ *Kasey D. Huebner*
    Franklin D. Cordell, WSBA #26392
    Kasey D. Huebner, WSBA #32890
    One Union Square
    600 University Street, Suite 2915
    Seattle, WA 98101
    Telephone: (206) 467-6477
    Fax: (206) 467-6292
    Email: fcordell@gordontilden.com
    Email: khuebner@gordontilden.com

*Attorneys for Plaintiff The Seattle Symphony Orchestra*

**SIDLEY AUSTIN LLP**

By: s/ *Robin E. Wechkin*
    Robin E. Wechkin, WSBA No. 24746
    1420 Fifth Avenue, Suite 1400
    Seattle, WA 98101
    Telephone: (415) 439-1799
    Email: rwechkin@sidley.com

    Yvette Ostolaza (pro hac vice)
    Yolanda C. Garcia (pro hac vice)
    2021 McKinney Avenue, Suite 2000
    Dallas, Texas 75201

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: (214) 981-3401
Facsimile: (214) 981-3400
Email: yvette.ostolaza@sidley.com
Email: ygarcia@sidley.com

***Attorneys for Defendant Aspen American
Insurance Company***

**DLA PIPER LLP (US)**

By: *s/ Anthony Todaro*
By: *s/ Lianna M. Bash*
   Anthony Todaro, WSBA No. 30391 Lianna
   Bash, WSBA No. 52598
   701 Fifth Avenue, Suite 6900
   Seattle, Washington 98104-7029
   Tel: 206.839.4800
   Fax: 206.839.4801
   E-mail: anthony.todaro@us.dlapiper.com
   E-mail: lianna.bash@us.dlapiper.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

By: *s/ H. Christopher Boehning*
By: *s/ Elizabeth M. Sacksteder*
By: *s/ Daniel H. Levi*
By: *s/ Hallie S. Goldblatt*
   H. Christopher Boehning (pro hac vice)
   Elizabeth M. Sacksteder (pro hac vice)
   Daniel H. Levi (pro hac vice)
   Hallie S. Goldblatt (pro hac vice)
   1285 Avenue of the Americas
   New York, New York 10019-6064
   Tel: 212.373.3000
   Fax: 212.757.3990
   E-mail: cboehning@paulweiss.com
   E-mail: esacksteder@paulweiss.com
   E-mail: dlevi@paulweiss.com
   E-mail: hgoldblatt@paulweiss.com

***Attorneys for Defendants Valley Forge Insurance
Company and Transportation Insurance Company***
**FORSBERG & UMLAUF, P.S.**

By: *s/ Matthew S. Adams*
   Matthew S. Adams
   901 Fifth Avenue, Suite 1400
   Seattle, WA 98164

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 8

1    Telephone: 206-689-8500
     Fax: 206-689-8501
2    Email: madams@foum.law

3    **STEPTOE & JOHNSON LLP**

4    Sarah D. Gordon (*pro hac vice* forthcoming)
     1330 Connecticut Avenue, NW
5    Telephone: (202) 429-3000
     Facsimile: (202) 429-3902
6    Email: sgordon@steptoe.com

7    Anthony J. Anscombe (*pro hac vice*
     forthcoming)
8    One Market Plaza
     Spear Tower, Suite 3900
9    San Francisco, CA 94105
     Telephone: (415) 365-6700
10   Facsimile: (312) 577-1370
     Email: aanscombe@steptoe.com

11
     *Attorneys for Defendants Sentinel Insurance*
12   *Company, Ltd. and Hartford Casualty Insurance*
     *Company*
13
     **BAKER & HOSTETLER LLP**
14
15   By: *s/ James R. Morrison*
     James R. Morrison, WSBA No. 43043
16   999 Third Avenue, Suite 3900
     Seattle, WA 98104-4040
17   Phone: (206) 332-1380
     E-mail: jmorrison@bakerlaw.com
18
     **ALSTON & BIRD LLP**
19
20   By: *s/ Cari K. Dawson*
     Cari K. Dawson (pro hac vice) Kara
21   F. Kennedy (pro hac vice)
     1201 W. Peachtree St.
     Atlanta, GA 30309
22   Phone: (404) 881-7000
     Email: cari.dawson@alston.com
23   Email: kara.kennedy@alston.com

24   *Attorneys for Defendants American Fire and*
     *Casualty Company, The Ohio Casualty Insurance*
25   *Company, and Ohio Security Insurance Company*

26   STIPULATION AND ORDER REGARDING MOTION FOR CLASS
     CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
     BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
     2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**BULLIVANT HOUSER BAILEY, PC**


By: *s/ John D. Bennett*
   John A. Bennett, WSBA #33214
   Stuart D. Jones (pro hac vice)
   925 Fourth Avenue, Ste. 3800
   Seattle, Washington 98104
   Telephone: (206) 292-8930
   E-mail: john.bennett@bullivant.com
   E-mail: stuart.jones@bullivant.com

**WIGGIN AND DANA LLP**


By: *s/ Michael Menapace*
   Michael Menapace (pro hac vice)
   Robyn Gallagher (pro hac vice)
   20 Church Street
   Hartford, Connecticut 06103
   Tel.: (860) 297-3700
   E-mail: mmenapace@wiggin.com
   E-mail: rgallgher@wiggin.com

***Attorneys for Defendant Massachusetts Bay
Insurance Company***


By: *s/ Daniel R. Bentson*
By: *s/ Owen R. Mooney*
   Daniel R. Bentson, WSBA #36825 Owen
   R. Mooney, WSBA #45779
   925 Fourth Avenue, Ste. 3800
   Seattle, Washington 98104
   Telephone: (206) 292-8930
   E-mail: dan.bentson@bullivant.com
   E-mail: owen.mooney@bullivant.com

**ROBINSON & COLE LLP**


By: *s/ Wystan M. Ackerman*
   Wystan M. Ackerman (pro hac vice)
   Stephen E. Goldman (pro hac vice)
   280 Trumbull Street
   Hartford, CT 06103
   Telephone: (860) 275-8388
   Email: wackerman@rc.com
   Email: sgoldman@rc.com

STIPULATION AND ORDER REGARDING MOTION FOR CLASS
CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

3

*Attorneys for Defendants Travelers Casualty Insurance Company of America, The Travelers Indemnity Co. of America, and The Charter Oak Fire Insurance Company*

4   **BULLIVANT HOUSER BAILEY, PC**

5   By: *s/ John A. Bennett*

6        John A. Bennett, WSBA #33214
         Stuart D. Jones (pro hac vice)

7        925 Fourth Avenue, Ste. 3800
         Seattle, Washington 98104

8        Telephone: (206) 292-8930
         E-mail: john.bennett@bullivant.com

9        E-mail: stuart.jones@bullivant.com

10   **STEPTOE & JOHNSON LLP**

11   By: *s/ Antonia B. Ianniello*

12        Antonia B. Ianniello (pro hac vice)
         1330 Connecticut Avenue, N.W.

13        Washington, D.C. 20036
         Telephone: (202) 429-8087

14        Facsimile: (202) 429-3902
         Email: aianniello@steptoe.com

15   By: *s/ Darlene K. Alt*

16        Darlene K. Alt (pro hac vice)
         227 West Monroe Street, Ste.

17        4700 Chicago, Illinois 60606
         Telephone: (312) 577-1262

18        E-mail: dalt@steptoe.com

19   *Attorneys for Defendant Tri-State Insurance Company of Minnesota*

20   4833-1011-8358, v. 1

21

22

23

24

25

26   STIPULATION AND ORDER REGARDING MOTION FOR CLASS
     CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-
     BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR;
     2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 11