THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*, | NO. 2:20-cv-00616-BJR |
| Plaintiffs, | |
| v. | |
| ASPEN AMERICAN INSURANCE COMPANY, | |
| Defendant. | |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*, | NO. 2:20-cv-00809-BJR |
| Plaintiffs, | |
| v. | |
| VALLEY FORGE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| CABALLERO, | NO. 3:20-cv-05437-BJR |
| Plaintiff, | |
| v. | |
| MASSACHUSETTS BAY INSURANCE COMPANY, | |
| Defendant. | |

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHORAK, *et al.*, | NO. 2:20-CV-00627-BJR |
| Plaintiffs, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| PACIFIC ENDODONTICS, P.C., *et al*, | NO. 2:20-CV-00620-BJR |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| NGUYEN, *et al*, | NO. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

LA COCINA DE OAXACA LLC,

        Plaintiff,

      v.

TRI-STATE INSURANCE COMPANY OF
MINNESOTA,

        Defendant.

NO. 2:20-CV-01176-BJR

## STIPULATION

1.      Pursuant to this Court's Minute Order dated November 24, 2020 (the "Scheduling Order"), the seven sets of Insurer-Family Defendants in the above-captioned actions each responded to Plaintiffs' complaints by filing a motion to dismiss under Fed. R. Civ. P. 12 (the "Rule 12 Motions") on January 15, 2021.

2.      The Scheduling Order applied LCR 7(e)(3), limiting each Defendant's motion to 24 pages.  Collectively, Defendants' Rule 12 Motions used 147 pages, which was 21 fewer pages than the 168 pages they were allotted by the Scheduling Order.

3.      Plaintiffs' oppositions to the Rule 12 Motions are due on February 12, 2021.

4.      The Scheduling Order similarly provides Plaintiffs with 24 pages for each of their oppositions to the Rule 12 motions, for a total of up to 168 pages.

5.      Having reviewed Defendants' Rule 12 Motions, Plaintiffs believe that it will be most efficient for the parties and the Court if they respond to the Rule 12 Motions by filing a single omnibus opposition brief in response.  Plaintiffs will limit their omnibus opposition brief to 95 pages, clearly noting which portions of the briefs they are responding to.

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

6.     Defendants do not oppose Plaintiffs' request to respond to the Rule 12 Motions by a single omnibus opposition brief that is limited to 95 pages.

**Now, therefore**, the Plaintiffs' request, which Defendants do not oppose, to file an omnibus opposition brief limited to 95 pages should be granted.

### <u>ORDER</u>

Having reviewed the parties' stipulation, and finding that good cause exists for the requested relief from LCR 7(e)(3), the Court hereby GRANTS the stipulation.

IT IS ORDERED that Plaintiffs may file a single omnibus opposition brief limited to 95 pages in response to Defendants' Rule 12 Motions.

DATED this 28th day of January, 2021.

_____

Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Nathan L. Nanfelt*
  Amy Williams-Derry, WSBA #28711
  Lynn Lincoln Sarko, WSBA #16569
  Gretchen Freeman Cappio, WSBA #29576
  Ian S. Birk, WSBA #31431
  Irene M. Hecht, WSBA #11063
  Nathan Nanfelt, WSBA #45273
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    Telephone: (206) 623-1900
     Fax: (206) 623-3384
2    Email: awilliams-derry@kellerrohrback.com
     Email: lsarko@kellerrohrback.com
3    Email: gcappio@kellerrohrback.com
     Email: ibirk@kellerrohrback.com
4    Email: ihecht@kellerrohrback.com
     Email: nnanfelt@kellerrohrback.com
5

6    By: *s/ Alison Chase*
         Alison Chase, *pro hac vice forthcoming*
7        801 Garden Street, Suite 301
         Santa Barbara, CA 93101
8        Telephone: (805) 456-1496
         Fax: (805) 456-1497
9        Email: achase@kellerrohrback.com

10   ***Attorneys for Plaintiffs Nguyen et al., Pacific***
     ***Endodontics, et al., Chorak et al., Marler et al.,***
11   ***McCulloch, et al., Caballero, La Cocina de***
     ***Oaxaca LLC, Owens Davies, P.S., and The***
12   ***Seattle Symphony Orchestra***

13   **RUIZ & SMART PLLC**

14   By: *s/ William C. Smart*
     By: *s/ Isaac Ruiz*
15   By: *s/ Kathryn M. Knudsen*
         William C. Smart, WSBA #8192
16       Isaac Ruiz, WSBA #35237
         Kathryn M. Knudsen, WSBA #41075
17       1200 5th Avenue, Suite 1220
         Seattle, WA 98101
18       Telephone: (206) 203-1900
         Email: wsmart@plaintifflit.com
19       Email: iruiz@plaintifflit.com
         Email: kknudsen@plaintifflit.com
20

21   ***Attorneys for Plaintiffs Jennifer Strelow,***
     ***DMD and Shokofeh Tabaraie DDS PLLC***
22
     **HACKETT, BEECHER & HART**
23

24   By: *s/ Brent W. Beecher*
         Brent W. Beecher, WSBA #31095
25       601 Union Street, Suite 2600
         Seattle, WA 98101
26
     STIPULATION AND PROPOSED ORDER ALLOWING
     PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
     (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
     BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
     2:20-cv-01176-BJR) - 5

1

2

Telephone: (206) 787-1830
Email: bbeecher@hackettbeecher.com

3

*Attorneys for Seattle Bakery, LLC, CSQBKR2018,*
*LLC, Piroshky Piroshky Baker, LLC,*
*Piroshky Baking Company, LLC,*
*SCRBKR2017, LLC*

4

5

**THE LOYD LAW FIRM, P.L.L.C.**

6

By: s/ *Shannon Loyd*

7

Shannon Loyd

8

12703 Spectrum Drive, Suite 201
San Antonio, Texas 78249

9

Telephone:(210) 775-1424
Facsimile:(210) 775-1410

10

Email: shannon@theloydlawfirm.com

11

*Attorneys for Plaintiff J Bells LLC*

12

**GORDON TILDEN THOMAS &**
**CORDEL LLP**

13

14

By: s/ *Mark A. Wilner*

Mark A. Wilner, WSBA #31550

15

One Union Square
600 University Street, Suite 2915

16

Seattle, WA 98101
Telephone: (206) 467-6477

17

Fax: (206) 467-6292

18

Email:mailto:fcordell@gordontilden.c
om mwilner@gordontilden.com

19

*Attorneys for Plaintiffs Suneet Bath,*
*Noskenda Inc.*

20

21

**GORDON TILDEN THOMAS &**
**CORDEL LLP**

22

By: s/ *Franklin D. Cordell*

23

By: s/ *Kasey D. Huebner*

Franklin D. Cordell, WSBA #26392

24

Kasey D. Huebner, WSBA #32890
One Union Square

25

600 University Street, Suite 2915
Seattle, WA 98101

26

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: (206) 467-6477
Fax: (206) 467-6292
Email: fcordell@gordontilden.com
Email: khuebner@gordontilden.com

***Attorneys for Plaintiff The Seattle Symphony Orchestra***

**SIDLEY AUSTIN LLP**

By: s/ *Robin E. Wechkin*
   Robin E. Wechkin, WSBA No. 24746
   8426 316th Place SE
   Issaquah, WA 98027
   Telephone: (415) 439-1799
   Email: rwechkin@sidley.com

   Yvette Ostolaza (pro hac vice)
   Yolanda C. Garcia (pro hac vice)
   2021 McKinney Avenue, Suite 2000
   Dallas, Texas 75201
   Telephone: (214) 981-3401
   Facsimile: (214) 981-3400
   Email: yvette.ostolaza@sidley.com
   Email: ygarcia@sidley.com

***Attorneys for Defendant Aspen American Insurance Company***

**DLA PIPER LLP (US)**

By: s/ *Anthony Todaro*
By: s/ *Lianna M. Bash*
   Anthony Todaro, WSBA No. 30391
   Lianna Bash, WSBA No. 52598 701
   Fifth Avenue, Suite 6900 Seattle,
   Washington 98104-7029
   Tel: 206.839.4800
   Fax: 206.839.4801
   E-mail: anthony.todaro@us.dlapiper.com
   E-mail: lianna.bash@us.dlapiper.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: s/ *H. Christopher Boehning*
By: s/ *Elizabeth M. Sacksteder*
By: s/ *Daniel H. Levi*
By: s/ *Hallie S. Goldblatt*

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 7

**K E L L E R   R O H R B A C K   L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

H. Christopher Boehning (pro hac vice)
Elizabeth M. Sacksteder (pro hac vice)
Daniel H. Levi (pro hac vice)
Hallie S. Goldblatt (pro hac vice)
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: 212.373.3000
Fax: 212.757.3990
E-mail: cboehning@paulweiss.com
E-mail: esacksteder@paulweiss.com
E-mail: dlevi@paulweiss.com
E-mail: hgoldblatt@paulweiss.com

**Attorneys for Defendants Valley Forge Insurance
Company, Transportation Insurance Company**

**FORSBERG & UMLAUF, P.S.**

By: *s/ Matthew S. Adams*
       Matthew S. Adams
       901 Fifth Avenue, Suite 1400
       Seattle, WA 98164
       Telephone: 206-689-8500
       Fax: 206-689-8501
       Email: madams@foum.law

**STEPTOE & JOHNSON LLP**

Sarah D. Gordon (*pro hac vice* forthcoming)
1330 Connecticut Avenue, NW
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Email: sgordon@steptoe.com

Anthony J. Anscombe (*pro hac vice*
forthcoming)
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (312) 577-1370
Email: aanscombe@steptoe.com

**Attorneys for Defendants Sentinel Insurance
Company, Ltd. and Hartford Casualty Insurance
Company**

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**BAKER & HOSTETLER LLP**

By: *s/ James R. Morrison*
    James R. Morrison, WSBA No. 43043
    999 Third Avenue, Suite 3900
    Seattle, WA 98104-4040
    Phone: (206) 332-1380
    E-mail: jmorrison@bakerlaw.com

**ALSTON & BIRD LLP**

By: *s/ Cari K. Dawson*
    Cari K. Dawson (pro hac vice)
    Kara F. Kennedy (pro hac vice)
    1201 W. Peachtree St.
    Atlanta, GA 30309
    Phone: (404) 881-7000
    Email: cari.dawson@alston.com
    Email: kara.kennedy@alston.com

***Attorneys for Defendants American Fire and Casualty Company, The Ohio Casualty Insurance Company, and Ohio Security Insurance Company***

**BULLIVANT HOUSER BAILEY, PC**

By: *s/ John D. Bennett*
    John A. Bennett, WSBA #33214
    Stuart D. Jones (pro hac vice)
    925 Fourth Avenue, Ste. 3800
    Seattle, Washington 98104
    Telephone: (206) 292-8930
    E-mail: john.bennett@bullivant.com
    E-mail: stuart.jones@bullivant.com

**WIGGIN AND DANA LLP**

By: *s/ Michael Menapace*
    Michael Menapace (pro hac vice)
    Robyn Gallagher (pro hac vice)
    20 Church Street
    Hartford, Connecticut 06103
    Tel.: (860) 297-3700
    E-mail: mmenapace@wiggin.com
    E-mail: rgallgher@wiggin.com

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 9

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Attorneys for Defendant Massachusetts Bay Insurance Company*

By: s/ Daniel R. Bentson
By: s/ Owen R. Mooney
    Daniel R. Bentson, WSBA #36825 Owen
    R. Mooney, WSBA #45779
    925 Fourth Avenue, Ste. 3800
    Seattle, Washington 98104
    Telephone: (206) 292-8930
    E-mail: dan.bentson@bullivant.com
    E-mail: owen.mooney@bullivant.com

**ROBINSON & COLE LLP**

By: s/ Wystan M. Ackerman
    Wystan M. Ackerman (pro hac vice)
    Stephen E. Goldman (pro hac vice)
    280 Trumbull Street
    Hartford, CT 06103
    Telephone: (860) 275-8388
    Email: wackerman@rc.com
    Email: sgoldman@rc.com

*Attorneys for Defendants Travelers Casualty Insurance Company of America, The Travelers Indemnity Co. of America, and The Charter Oak Fire Insurance Company*

**BULLIVANT HOUSER BAILEY, PC**

By: s/ John A. Bennett
    John A. Bennett, WSBA #33214
    Stuart D. Jones (pro hac vice)
    925 Fourth Avenue, Ste. 3800
    Seattle, Washington 98104
    Telephone: (206) 292-8930
    E-mail: john.bennett@bullivant.com
    E-mail: stuart.jones@bullivant.com

**STEPTOE & JOHNSON LLP**

By: s/ Antonia B. Ianniello
    Antonia B. Ianniello (pro hac vice)
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 10

Telephone: (202) 429-8087
Facsimile: (202) 429-3902
Email: aianniello@steptoe.com

By: *s/ Darlene K. Alt*
Darlene K. Alt (pro hac vice)
227 West Monroe Street, Ste.
4700 Chicago, Illinois 60606
Telephone: (312) 577-1262
E-mail: dalt@steptoe.com

***Attorneys for Defendant Tri-State Insurance
Company of Minnesota***

4825-0742-0888, v. 2

STIPULATION AND PROPOSED ORDER ALLOWING
PLAINTIFFS TO FILE A SINGLE OMNIBUS OPPOSITION BRIEF
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR) - 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384